# DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/14/2019

*Via ECF*

Hon. Vincent S. Broderick, United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    USA v. Pinkney, et. al.
                    Docket No. 19-Cr-12 (VSB)

Dear Judge Broderick:

      I represent Mr. Jose Victoriano in the above matter. The Court has scheduled a conference for Thursday, November 21, 2019 at 11:00 AM. Unfortunately, I am leaving this Saturday, November 16, 2019 on a long-scheduled trip out of the country, returning on Saturday, November 23.

      By this letter, I am respectfully requesting permission to have Ms. Jackie Cistaro, who is working with me on this matter as part of the Southern District Mentor Program, to attend on behalf of Mr. Victoriano. Ms. Cistaro is fully familiar with this matter. Alan Nelson, Esq, who is also a mentor in the Program, will be in court on this matter and will assist Ms. Cistaro as necessary. I apologize for any inconvenience this may cause.

      Thank you for your consideration in this matter.

                                      Very truly yours,
                                            -S-
                                        David K. Bertan