UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> -v- <br><br> JOSE VICTORIANO <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) No. 19-cr-00012-VSB |

NOTICE OF
WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES:

Kindly withdraw Katherine Rachel Goldstein's appearance as counsel for Defendant Jose Victoriano.

Dated: New York, New York
July 2, 2020

**AKIN GUMP STRAUSS HAUER & FELD LLP**

 /s/ Katherine R. Goldstein
Katherine Rachel Goldstein
One Bryant Park
New York, New York 10036
t.: (212) 872-1000
f.: (212) 872-1002
kgoldstein@akingump.com

**SO ORDERED.**

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge

7/27/2020